UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**Stephen Troy Rider and,**  In Bankruptcy
**Jennifer Rider,**  Case No. **14-51812 mbm**
   Chapter 13
   Debtors.  Judge **Marci B. McIvor**
_____/

## MOTION TO REINSTATE CASE AND WAIVE FILING FEE

NOW COMES the Debtors, **Stephen Troy Rider and Jennifer Rider**, and Petitions this Honorable Court as follows:

1. A Voluntary Petition in Bankruptcy was filed in this cause under Chapter 13 of the United States Bankruptcy Code on July 18, 2014.

2. Debtors' filed an Amended Chapter 13 Plan Pre-Confirmation Modification on October 14, 2014.

3. Debtors inadvertently failed to file the second Amended Chapter 13 Plan Pre-Confirmation Modification within the allotted time pursuant to the Stipulation and Order for Adjournment entered October 24, 2014 because they were under the impression that the Amended Plan of October 14, 2014 resolved the issues.

4. Debtors filed a Second Amended Chapter 13 Plan Pre-Confirmation Modification on December 11, 2014 pursuant to the Order of October 14, 2014.

5. No changes were made to the Chapter 13 Plan from the October 14, 2014 filing and the December 11, 2014 filing as all issues were addressed in the first amended filing.

6. On December 10, 2014 the Trustee entered an Order dismissing the case.

7. Debtors case was dismissed as a result of the inadvertent failure to file re-file a Chapter 13 Plan amendment which was over looked by the Trustee.

8. Debtors request that their Chapter 13 be reinstated and the filing fee be waived due to the misunderstanding between Trustee and Debtors counsel.

WHEREFORE, Debtors-Petitioners pray that this Honorable Court reinstate the captioned Voluntary Petition in Bankruptcy so that the confirmation hearing may be reschedule.

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


 /s/ Richard H. Clark  
RICHARD H. CLARK (P69849)  
Attorney for Debtors  
30833 Northwestern Hwy., Suite 224  
Farmington Hills, MI. 48334  
(248) 626-3723  
richclark@clarkclarklaw.com  

Dated: December 16, 2014.

 /s/ Stephen Troy Rider  
Stephen Troy Rider, Debtor  


 /s/ Jennifer Rider  
Jennifer Rider, Co-Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**Stephen Troy Rider and,**  In Bankruptcy
**Jennifer Rider,**  Case No**. 14-51812 mbm**
                    Chapter 13
       Debtors.   Judge **Marci B. McIvor**
_____/


## ORDER REOPENING FILE AND WAIVING FILING FEE

      IT IS HEREBY ORDERED that the captioned file be reinstated and the Confirmation Hearing shall be rescheduled.

      IT IS FURTHER ORDERED that the filing fee for the Motion to reinstate is hereby waived.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

| | |
|---|---|
| **Stephen Troy Rider and,** | In Bankruptcy |
| **Jennifer Rider,** | Case No**. 14-51812 mbm** |
| | Chapter 13 |
| Debtors. | Judge **Marci B. McIvor** |

_____/

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN    )
                                      ) ss.
COUNTY OF OAKLAND )


       I hereby certify that on the 16th day of December, 2014, I electronically filed the Motion to Reinstate Case and proposed Order, using the ECF system which will send notification of such filing to the following:

United States Trustee                              David Wm Ruskin, Chapter 13 Trustee.


                                       /s/ Crystal L. Nims
                                       Crystal L. Nims
                                       for RICHARD H. CLARK (P69849)
                                       Attorney for Debtors
                                       30833 Northwestern Hwy., Suite 224
                                       Farmington Hills, MI. 48334
                                       (248) 626-3723
                                       richclark@clarkclarklaw.com

Dated: December 16, 2014.